United States Bankruptcy Court
Northern District of Ohio

In re:  Case No. 13-15651-aih
Michelle M. Lunder  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-1     User: lsmit     Page 1 of 2     Date Rcvd: Dec 11, 2013
                   Form ID: 132     Total Noticed: 52

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 13, 2013.
```
db         +Michelle M. Lunder,    9575 Cherry Tree Drive,    #103,    Strongsville, OH 44136-2764
22517301   +ABC Bail Bonds,    PO Box 141029,    Cleveland, OH 44114-6029
22517306    ARIS Teleradiology c/o SWGH,    Bagley Road,    Cleveland, OH 44130
22517310    AT&T,    PO Box 6500,    Sioux Falls, SD 57117-6500
22517302    Abercrombie & Fitch,    c/o WFNNB, PO Box 182124,    Columbus, OH 43218-2124
22517304   +Allied Interstate,    3000 Corporate Exchange Dr.,    Columbus, OH 43231-7684
22517305   +Animal Emergency Clinic,    5320 West 140th Street,    Brookpark, OH 44142-1758
22517307   +Aspire VISA,    c/o Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
22517309   +Assetcare Inc.,    5100 Peachtree Industrial Blvd,    Norcross, GA 30071-5721
22517313    BES of OH First Fed. Credit Control,    2470 Chagrin Blvd.    #205,    Beachwood, OH 44122-5630
22517311    Barberton Citizens Hosp.,    Joseph R. Harrison CoLPA,    310 N. Cleveland Massillon Rd.,
             Akron, OH 44333-2493
22517312   +Bayless Pathmark,    PO Box 93825,    Cleveland, OH 44101-5825
22517314  ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
           (address filed with court: CAPITAL ONE,    PO BOX 85520,    Richmond, VA 23285)
22517318   +CREDIT PROTECTION,    P.O. BOX 802068,    Dallas, TX 75380-2068
22517319   +CVS Pharmacy,    PO Box 277,    Chaska, MN 55318-0277
22517315   +Center Towing, Inc.,    13593 Pearl Road,    Strongsville, OH 44136-3407
22517321   +EMERGENCY PROF SVCS, INC.,    2620 RIDGEWOOD RD. STE 300,    Akron, OH 44313-3500
22517322    Emergency Professional Services,    PO Box 740021,    Cincinnati, OH 45274-0021
22517326   +Grange Mutual Casualty,    c/o Keis George LLP,    55 Public Square,    Suite 800,
             Cleveland, OH 44113-1909
22517331   +MACYS DEPARMENT STORE,    P.O. BOX 8218,    Mason, OH 45040-8218
22517332   +Metrohealth Medical Center,    2500 Metrohealth Dr.,    Cleveland, OH 44109-1900
22517333    Middleburg Radiology Assoc.,    480 W. Tuscarawas    #303,    Barberton, OH 44203-2576
22517335   +NORTHLAND GROUP, INC.,    PINNACLE CREDIT SERVICES, LLC/HSBC,    P.O. BOX 390846,
             Minneapolis, MN 55439-0846
22517338   +Revenue Group,    3700 Park East Dr.,    Beachwood, OH 44122-4343
22517337   #Revenue Group,    3700 Park East,    PO Box 221278,    Beachwood, OH 44122-0996
22517340   +SHELL/CITIBANK CNBA,    P.O. BOX 6497,    Sioux Falls, SD 57117-6497
22517341   +Sources Receivable Mgt.,    4615 Dundas Dr.    #102,    Greensboro, NC 27407-1761
22517342    Southwest Anasthesiology,    PO Box 7457,    Cleveland, OH 44194-4576
22517343   +Southwest General Health Center,    18697 Bagley Rd.,    Cleveland, OH 44130-3497
22517344   +Southwest General Medical Group,    7255 Old Oak Rd.,    C202,    Cleveland, OH 44130-3300
22517345   +Southwest Medical Care,    PO Box 74228,    Cleveland, OH 44194-0303
22517347   +Sterling Jewelers, Inc.,    PO Box 1799,    Akron, OH 44309-1799
22517348    U-Haul c/o Vengroff, Williams & Ass,    PO Box 4155,    Sarasota, FL 34230-4155
22517349   +University Hosp. Med. Group,    PO Box 74009,    Cleveland, OH 44194-4009
22517350    WFNB/VICTORIAS SECRET,    PO BPX182128,    Columbus, OH 43218
22517351    World Financial Network NB,    PO Box 182124,    Columbus, OH 43218-2124
22517352    World Financial Network NB-Express,    PO Box 182124,    Columbus, OH 43218-2124
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
22517308   +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 11 2013 22:20:02     ASSET ACCEPTANCE,
             P.O. BOX 1630,    Warren, MI 48090-1630
22517303   +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 11 2013 22:18:55
             Alliance One Receivables Mgt. Inc.,    assignee of Applied Bank fka Cross,    Country Bank,
             4850 Street Rd. Level C,    Feasterville Trevose, PA 19053-6600
22549741   +E-mail/Text: bnc@atlasacq.com Dec 11 2013 22:18:59     Atlas Acquisitions LLC,    294 Union St.,
             Hackensack, NJ 07601-4303
22517316   +E-mail/Text: BKRMailOps@weltman.com Dec 11 2013 22:20:34     CHRYSLER FINANCIAL SERVICES,
             c/o Weltman, Weinberg & Reis CoLPA,    323 Lakeside Ave. #200,    Cleveland, OH 44113-1009
22517320   +E-mail/Text: BKRMailOps@weltman.com Dec 11 2013 22:20:34     Dillard's National Bank,
             c/o David Head,    323 W. Lakeside Ave.,    Cleveland, OH 44113-1085
22517323   +E-mail/Text: bknotice@erccollections.com Dec 11 2013 22:20:29     ENHANCED RECOVERY CORP.,
             8014 BAYBERRY ROAD,    Jacksonville, FL 32256-7412
22517324   +E-mail/Text: roy.buchholz@allianceoneinc.com Dec 11 2013 22:18:55
             First Energy c/o Alliance One,    1684 Woodlands Dr.    #150,    Maumee, OH 43537-4026
22517325    E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2013 22:31:38      GEMB/JCP,    PO BOX 984100,
             El Paso, TX 79998
22517328    E-mail/Text: hmcgrp@aol.com Dec 11 2013 22:19:13     HMC Group,    837 Crocker Rd.,
             Westlake, OH 44145-1028
22517329   +E-mail/Text: bankruptcy@huntington.com Dec 11 2013 22:20:04     HUNTINGTON NATIONAL BANK,
             917 Euclid Ave.,    Cleveland, OH 44115-1497
22517330    E-mail/PDF: gecsedi@recoverycorp.com Dec 11 2013 22:29:59      JC Penney,    PO Box 960090,
             Orlando, FL 32896-0090
22517334   +E-mail/Text: bankruptcydepartment@ncogroup.com Dec 11 2013 22:20:54
             NCO Financial Systems, Inc.,    507 Prudential Rd.,    Horsham, PA 19044-2368
22517336    E-mail/Text: bankruptcynotices@pch.com Dec 11 2013 22:19:29     Publisher's Clearing House,
             PO Box 4002936,    Des Moines, IA 50340-2936
22517346    E-mail/Text: appebnmailbox@sprint.com Dec 11 2013 22:20:03     SPRINT,    P.O. BOX 4191,
             Carol Stream, IL 60197-4191
22517339   +E-mail/PDF: resurgentbknotifications@resurgent.com Dec 11 2013 22:29:09
             Sears c/o LVNV FUNDING LLC,    P.O. BOX 10497,    Greenville, SC 29603-0497
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

TOTAL: 15

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
22517317      Cleveland Credit Exchange
22517327      Grant Simmons
cr*          +Atlas Acquisitions LLC,   294 Union St.,   Hackensack, NJ 07601-4303
                                                                                             TOTALS: 2, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 13, 2013                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 11, 2013 at the address(es) listed below:
              Kenneth R Hurley    on behalf of Debtor Michelle M. Lunder royaltonlaw@aol.com
              Waldemar J Wojcik    wwojcik@wojciklpa.com, wwojcik@ecf.epiqsystems.com
                                                                                             TOTAL: 2

Northern District Of Ohio
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**Case No. 13−15651−aih**

**In re:**
   Michelle M. Lunder
   9575 Cherry Tree Drive
   #103
   Strongsville, OH 44136

**Social Security No.:**
   xxx−xx−2360

### NOTICE OF CHAPTER 7 CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge as Debtor did not file Official Form 23, Debtor's Certification of Completion of Instructional Course Concerning Personal Financial Management.

**Dated:** December 11, 2013          For the Court
Form ohnb132          Kenneth J. Hirz, Clerk